Form B1 (Official Form) - (Rev. 3/98)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Name of Debtor (If Individual, enter Last, First, Middle):<br>HOUSE2HOME, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>HOMEBASE, INC.<br>WABAN, INC.<br>HOMECLUB | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>33-0109661 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>3345 Michelson Drive<br>Irvine, CA 92612 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the Principal Place of Business: Orange County, California | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

Various locations throughout California and in Arizona and Nevada.

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- [X] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)       [ ] Railroad
- [X] Corporation         [ ] Stockbroker
- [ ] Partnership         [ ] Commodity Broker
- [ ] Other: _____

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business   [X] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7    [X] Chapter 11    [ ] Chapter 13
- [ ] Chapter 9    [ ] Chapter 12
- [ ] Sec. 304 - Case Ancillary to foreign proceeding

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form No. _

**Statistical/Administrative Information (Estimates only)**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

| Estimated Assets | $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 mill |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

| Estimated Debts | $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 mill |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

11/07/2001  **FILED**  08:08
**SA01-19244JB**
DEBTOR:
  HOUSE2HOME INC
JUDGE: HON. J. BARR - 408
TRUSTEE:          CH: 11 (INCOMPLETE)
341A MTG:
ADR:

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 208
RECEIPT NO: SA-014014   $ 830.00

B1

FORM B1, Page 2

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s): HOUSE2HOME, INC.

| Location Where Filed: | N/A | Case Number: | Date Filed: |
|---|---|---|---|

| Name of Debtor: See Attached | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone and Fax Number (If not represented by attorney)

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _William B. Langsdorf_
Signature of Authorized Individual

X William B. Langsdorf
Printed Name of Authorized Individual

Executive Vice President and Chief Financial Officer
Title of Authorized Individual

November 6, 2001
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Oscar Garza
Printed Name of Attorney for Debtor(s)

**GIBSON, DUNN & CRUTCHER LLP**
Firm Name

4 Park Plaza, Suite 1400
Address
Irvine, CA 92614-8557

(949) 451-3800 / (949) 451-4220
Telephone and Fax Number

November 6, 2001          149790
Date                      Bar Number

### Exhibit "A"

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

[X] Exhibit A is attached and made a part of this petition.

### Exhibit "B"

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     _____
Signature of Attorney for Debtor(s)     Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re

HOUSE2HOME, INC. f/k/a HOMEBASE, INC.,
a Delaware corporation,

         Debtor and Debtor in
         Possession.

Case No.

Chapter 11

## ATTACHMENT TO VOLUNTARY PETITION IN CHAPTER 11 CASE

The following corporate affiliates of the Debtor are filing voluntary chapter 11 bankruptcy petitions in this District simultaneously with the Debtor:

1. HomeClub, Inc.
2. HomeClub, Inc. of Texas
3. Fullerton Corporation
4. HCI Development Corporation
5. HomeClub First Realty Corporation
6. HCWA Realty Corporation
7. HCCA Realty Corporation
8. HBNM Realty Corporation
9. HBCA 1993 Realty Corporation
10. HBOR Realty Corporation
11. HBUT Realty Corporation
12. HCWA 1993 Realty Corporation

13. HBCO 1994 Realty Corporation

14. HBNM 1994 Realty Corporation

15. HBCO Realty Corporation

16. HBCA Pomona Realty Corporation

17. HBCA Vacaville Realty Corporation

30247839_1.DOC

2